DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSHUA RIZACK,** et al.,
Appellants,

v.

**SIGNATURE BANK,** et al.,
Appellees.

No. 4D2024-2011

[December 11, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE15-000367.

Kristen M. Fiore of Akerman LLP, Tallahassee, and John L. Dicks II and Steven R. Wirth of Akerman LLP, Tampa, for appellants.

James A. McKee of Foley & Lardner LLP, Tallahassee, Christina Kennedy of Foley & Lardner LLP, Orlando, William E. Davis of William E. Davis, P.A., Fernandina Beach, and John E. Westerman and Michael Planell of Westerman Ball Ederer Miller, New York, New York, for appellees Signature Bank, N.A. and Chris Efstratiou.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***